IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAUGHN E. CRAWFORD, | No. C- 16-3094 TEH |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| CITY OF UNION CITY, et al., | |
| Defendants.                                              / | |

    The parties having advised the Court that they have agreed to a settlement of the above-titled action,

    IT IS HEREBY ORDERED that said action be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing Order shall stand vacated and this action shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: December 14, 2016

                                                  THELTON E. HENDERSON
                                                  United States District Judge